Case 1:00-cv-01677-WFD   Document 10   Filed 12/04/00   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

WILLIAM H. PAYNE,

    Plaintiff,

00 DEC -4 PM 2:29

vs.

CIVIL No. 00-1677

SANDIA CORPORATION, SANDIA NATIONAL
LABORATORIES, AMERICAN TELEPHONE AND
TELEGRAPH CORPORATION, LOCKHEED MARTIN
CORPORATION, KREHBIEL, BANNERMAN & HORN,
JOHN A. BANNERMAN, CHARLES BURTNER,
LORENZO F. GARCIA, MICHAEL G. ROBLES, and
CAROL LISA SMITH,

    Defendants.

## DEMAND FOR JURY TRIAL

1    Plantiff DEMANDs right guaranteed under Rule 38 of the Rules of Civil Procedure,

> Jury Trial of Right (a) Right Preserved. The right of trial by jury as declared by the Seventh Amendment to the Constitution or as given by a statue of the United States shall be preserved to the parties inviolate. (b) Demand. Any party may demand a trial by jury of any issue triable of right by jury by serving upon the other parties a demand therefor in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed to such issue. ...

2    Plaintiff contends that SECOND JUDICIAL DISTRICT COURT COUNTY OF BERNALILLO STATE OF NEW MEXICO No. CV 2000-10278 was illegally removed from state court.



1

This demand for jury trial in no way serves as consent to proceed in UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO.

Respectfully submitted,

*William Payne*

William H. Payne
13015 Calle de Sandias NE
Albuquerque, NM 87111

I HEREBY CERTIFY that a true copy of the foregoing pleading was mailed to

PHYLLIS A. DOW
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

Robert M. St.John
Larry Montano
RODEY, DICKASON SLOAN, AKIN & ROBB, P.A.
P.O. Box 1888
Albuquerque, NM 87103
Telephone:    (505) 768-7337
Facsimile:    (505) 768-7395
http://rodey.com
info@rodey.com

this December 4, 2000.

*W H Payne*

2